IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CURTIS W. JOHNSON,<br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LLOYDS<br>INSURANCE COMPANY OF TEXAS;<br>METROPOLITAN PROPERTY AND<br>CASUALTY INSURANCE COMPANY;<br>VERNON ANDERSON; AND<br>REDDRICK SCOTT,<br>    Defendants. | § § § § § § § § § § § § §   CIVIL ACTION NO. 3:15-cv-03288-N |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff, **CURTIS W. JOHNSON** ("Plaintiff"), and Defendants, **METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS; METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY; VERNON ANDERSON; AND REDDRICK SCOTT** ("Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against Defendants in the above-captioned action be, and they hereby are dismissed. Each party shall bear its own costs and attorneys' fees.

STIPULATION OF VOLUNTARY DISMISSAL - Page 1

Dated: January 11, 2016        Respectfully submitted,

_____
ZACHARY D. HERBERT
State Bar No. 24069908
zherbert@ewlawyers.com

**EBERSTEIN & WITHERITE, LLP**
3100 Monticello Ave., Suite 500
Dallas, Texas 75205
(214) 378-6665
(214) 378-6670 [Fax]

**ATTORNEY FOR PLAINTIFF
CURTIS W. JOHNSON**


*/s/ Michael J. Shipman*
**MICHAEL J. SHIPMAN**
State Bar No. 18268500
mike.shipman@fletcherfarley.com

**FLETCHER, FARLEY, SHIPMAN
& SALINAS, L.L.P.**
9201 North Central Expressway, 6th Floor
Dallas, Texas 75231
(214) 987-9600
(214) 987-9866 [Fax]


**ATTORNEYS FOR DEFENDANTS
METROPOLITAN LLOYDS INSURANCE
COMPANY OF TEXAS; METROPOLITAN
PROPERTY AND CASUALTY INSURANCE
COMPANY; VERNON ANDERSON; AND
REDDRICK SCOTT**

## CERTIFICATE OF SERVICE

On the 11th day of January, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by the Federal Rule of Civil Procedure 5 (b)(2).

/s/Michael J. Shipman
**MICHAEL J. SHIPMAN**

STIPULATION OF VOLUNTARY DISMISSAL - Page 3